United States District Court

Eastern District of Louisiana

Provenzano

v.

44 Blue Prod Inc

CIVIL ACTION NO. 2:02-cv-01093
SECTION: "C" (5)

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, April 12, 2002.

By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 11  PM 3: 44

LORETTA G. WHYTE
       CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELISSA PROVENZANO, wife of/and VINCENT PROVENZANO** | * * * | **NO.** |
| **VERSUS** | * * | SECTION **02-1093** |
| **44 BLUE PRODUCTIONS, INC., NBC STUDIOS, INC. and/or NATIONAL BROADCASTING CORPORATION d/b/a NBC and/or MSNBC SUPER DESK, INC. and/or MICROSOFT NATIONAL BROADCASTING CORPORATION d/b/a MSNBC** | * * * * * * * * * | JUDGE **SECT. C MAG. 5** MAGISTRATE |

## NOTICE OF REMOVAL

Defendants, 44 Blue Productions, Inc., NBC Studios, Inc., National Broadcasting Corporation d/b/a NBC, MSNBC Super Desk, Inc., and Microsoft National Broadcasting Corporation d/b/a MSNBC, as named in the Petition of Melissa Provenzano and Vincent Provenzano, hereby file this Notice of Removal of the above entitled action to the United States District Court for the Eastern District of Louisiana from the Civil District Court for the Parish of Orleans, State of Louisiana where the action is now pending as provided by Title 28 U.S. Code chapter 89 and further

jpj: disk 3000(#3):a:\-106\fpleading\removal.not.wpd         -1-

___ Fee /50.00
___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc. No.___

state as follows:

1.

The removed action was commenced in the Civil District Court for the Parish of Orleans, State of Louisiana as Civil Action No. 02-3627, Division A, Section 5 and is now pending in that court. Less than thirty (30) days have elapsed since a copy of Plaintiffs' Petition setting forth the claim for relief upon which the action is based was first received by any of the Defendants. Defendants specifically reserve any and all objections regarding service of process.

2.

This Court has original jurisdiction over this Action pursuant to 28 U.S.C. § 1332 as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and this Action is between citizens of different states. More specifically, Plaintiffs, Melissa Provenzano and Vincent Provenzano, are both citizens of the State of Louisiana. The named Defendants are citizens of states other than the State of Louisiana, none of them having been incorporated under the laws of this state nor having their principal place of business in this state. No change of citizenship of the parties has occurred since the commencement of this Action.

3.

Copies of all process and pleadings served upon Defendants are attached hereto as *in globo* **Exhibit A**.

4.

Defendants will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

5.

A copy of this Notice will be filed with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, the Defendants as named in the state court action, 44 Blue Productions, Inc., NBC Studios, Inc., National Broadcasting Corporation d/b/a NBC, MSNBC Super Desk, Inc., and Microsoft National Broadcasting Corporation d/b/a MSNBC. request that this Action proceed in this Court as an action properly removed to it.

**DATED THIS** _11th_ day of April, 2002.

                **Respectfully submitted,**

                **KOCH AND ROUSE, L.L.C.**

                _[signature]_

                Ron Riggle, Esq. (La. Bar No. 22143)
                Harvey C. Koch, Esq. (La. Bar No. 7763)
                **World Trade Center**
                **No. 2 Canal Street, 26th Floor**
                **New Orleans, Louisiana 70130**
                **Telephone: (504) 566-7528**
                **Facsimile: (504) 568-0834**

                **Attorneys for the Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served this date, April 11, 2002, by placing same in the U.S. Mail, properly addressed and postage prepaid, upon the following:

Martin L. Broussard, Jr., Esq.
Marc E. Belloni, Esq.
Broussard and Associates
3222 Behrman Place
New Orleans, Louisiana 70114

_____
Ron Riggle, Esq.

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**