

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 19  PM 1:02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, C.J.
APRIL 19, 2002

02-1093

Pursuant to the directive issued by the undersigned,

**IT IS ORDERED** that the below listed Section "C" criminal and civil cases are hereby reallotted to Judge Lance M. Africk, Section "I" of this Court.

## CRIMINAL CASE:

| | |
|---|---|
| 02-086 | UNITED STATES OF AMERICA V ROBERT CHARLES JOHN |

## CIVIL CASES:

| | |
|---|---|
| 00-0781 | CLARENCE RICHARD NELSON V COMMERCIAL DIVING SERVICES, ET AL |
| 02-0606 | ROBERT BLUNT, ET AL V J. EDWARD LAYRISSON, ETC., ET AL |
| 02-0715 | CHARLES SANDERS V DILLARD UNIVERSITY |
| 02-0752 | FERROSTAAL, INC. V M/V MAGANDA, ETC., ET AL |
| 02-0765 | RANDY DAVID V ASSUMPTION PARISH POLICE JURY, ET AL |
| 02-0782 | BRUCE PATTANI V BEASLEY BROADCASTING OF NEVADA, L.L.C., ET AL |

DATE OF ENTRY
APR 2 2 2002

___ Fee___
___ Process___
___ Dktd___
___ CtRmDep___

| | |
|---|---|
| 02-0785 | DARIUS BRADLEY V PHIL GILBEAU OFFSHORE, INC., ET AL |
| 02-0786 | GEORGE E. LEE V UNITED STATES POSTAL SERVICE |
| 02-0799 | RONALD GAUTHIER V BP AMERICA, ETC., ET AL |
| 02-0820 | GAMBRO HEALTHCARE RENAL CARE, INC. V ERIC HOLT, M.D. |
| 02-0859 | PAUL J. MURRAY, JR., ET AL V LEVEL 3 COMMUNICATIONS, INC., ET AL |
| 02-0952 | TOKIO FIRE & MARINE INSURANCE COMPANY, ET AL V M/V OI-AN, ETC., ET AL |
| 02-0964 | MARGARET CHALMERS V BURRUS INVESTMENT GROUP, ETC., ET AL |
| 02-0985 | YOLANDA WILSON V U-HAL INTERNATIONAL, ET AL |
| 02-0996 | ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS, ET AL V WILLIAMS FIELD SERVICES COMPANY |
| 02-1009 | GEORGE H. SCHWANDT V UNITED STATES OF AMERICA, ETC., ET AL |
| 02-1017 | PAUL J. NEAL V STOLT OFFSHORE, INC. |
| 02-1093 | MELISSA PROVENZANO, ET AL V 44 BLUE PRODUCTIONS, INC., ET AL |
| 02-1120 | GEORGIA RICO, ET AL V KENTUCKY FARM BUREAU INSURANCE COMPANIES, ET AL |

_____
HELEN G. BERRIGAN
CHIEF JUDGE