FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY -2 PM 1:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELISSA PROVENZANO, wife of/and <br> VINCENT PROVENZANO <br> <br> VERSUS <br> <br> 44 BLUE PRODUCTIONS, INC., NBC STUDIOS, INC. and/or NATIONAL BROADCASTING CORPORATION d/b/a NBC and/or MSNBC SUPER DESK, INC. and/or MICROSOFT NATIONAL BROADCASTING CORPORATION d/b/a MSNBC | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | NO. 02-1093 <br> <br> SECTION I <br> <br> MAGISTRATE (5) |

## ANSWER AND DEFENSES

**NOW INTO COURT**, through undersigned counsel, come Defendants, as named by Plaintiffs in their original Petition, 44 Blue Productions, Inc., NBC Studios, Inc., National Broadcasting Company, Inc. (improperly referred to in the Petition as National Broadcasting Corporation) d/b/a NBC, MSNBC Super Desk, Inc., and MSNBC Cable, L.L.C. (improperly referred to in the Petition as Microsoft National Broadcasting Corporation) d/b/a MSNBC (hereinafter collectively referred to as "Defendants" unless otherwise specified), and for their response to

jpj: disk 3000(#4):a:\-106\pleading\answer.defenses.wpd      -1-

Plaintiffs' Petition, aver as follows:

## Rule 12 Defenses

A. NBC Studios, Inc., National Broadcasting Company, Inc., and MSNBC Cable, L.L.C. plead the defense of lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

B. NBC Studios, Inc., National Broadcasting Company, Inc., and MSNBC Cable, L.L.C. plead the defense of insufficiency of service of process pursuant to Federal Rule of Civil Procedure 12(b)(5)

## Affirmative Defenses

A. Defendants plead the affirmative defense of assumption of risk.

B. Defendants plead the affirmative defense of estoppel.

C. Defendants affirmatively plead that the consent by and willing participation of Vincent Provenzano in the program at issue precludes Plaintiffs' entitlement to any recovery in this matter.

D. Defendants plead the affirmative defense of waiver.

E. Defendants plead release as an affirmative defense to the claims of Plaintiffs.

F. Defendants assert that if Plaintiffs have been damaged in any way, which Defendants deny, any such damage is the result of actions, omissions, and/or fault of persons other than Defendants.

**AND NOW**, specifically reserving and without waiving the defenses pled above, Defendants respond to the specific allegations contained in Plaintiffs' Petition as follows:

I.

Defendants admit that 44 Blue Productions, Inc. is a foreign corporation authorized to do business in the Parish of Orleans, State of Louisiana. Defendants further admit that 44 Blue Productions, Inc. was the producer of a television program entitled "MSNBC Investigates: Busted In The Big Easy." Finally, Defendants admit that the program entailed filming in Orleans Parish and included live footage of certain actions of New Orleans Police Department Officers in Orleans Parish. Any remaining allegations contained in Paragraph I are denied.

II.

The allegations contained in Paragraph II are denied.

II.[1]

Defendants admit that Vincent Provenzano was interviewed and was an active participant in the filming of the program. Defendants deny that Vincent Provenzano viewed the program for the first time on or about March 5, 2001 for lack of sufficient information to justify a belief therein. Because the program is the best evidence of its contents, any and all allegations concerning same are denied. Defendants specifically deny that the airing of the program and the manner in which it was edited defamed Plaintiffs in any way or that such constitutes libelous and slanderous representations. Any remaining allegations contained in Paragraph II[2] not specifically addressed above are denied.

---

[1] The Petition contains two paragraphs designated as "II."

[2] The second Paragraph "II."

IV.

Defendants deny that Vincent Provenzano never signed an "Appearance Release," or any other release, for lack of sufficient information to justify a belief therein. The remaining allegations contained in Paragraph IV are denied.

V.

Defendants deny the allegations contained in Paragraph V, as well as Plaintiffs' entitlement to the relief sought therein.

VI.

Defendants deny the allegations in Paragraph VI.

VII.

Defendants deny the allegations in Paragraph VII, as well as the relief sought by Plaintiffs therein.

**WHEREFORE**, Defendants pray that their Answer and Defenses be deemed good and sufficient and that, after due proceedings are had, there be judgment in favor of Defendants dismissing the Petition of Plaintiffs, and all claims made therein, with prejudice and at Plaintiffs' costs, and awarding Defendants any and all legal and/or equitable relief to which they, or any of them, may be entitled.

Respectfully submitted,

KOCH AND ROUSE, L.L.C.

_____
Ron Riggle, Esq. (La. Bar No. 22143) *TA*
Harvey C. Koch, Esq. (La. Bar No. 7763)
World Trade Center
No. 2 Canal Street, 26th Floor
New Orleans, Louisiana 70130
Telephone: (504) 566-7528
Facsimile: (504) 568-0834

Attorneys for the Defendants

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served this date, May 2, 2002, by placing same in the U.S. Mail, properly addressed and postage prepaid, upon the following:

Martin L. Broussard, Jr., Esq.
Marc E. Belloni, Esq.
Broussard and Associates
3222 Behrman Place
New Orleans, Louisiana 70114

_____
Ron Riggle, Esq.

jpj: disk 3000(#4):a:\-106\pleading\answer.defenses.wpd   -5-