**MINUTE ENTRY**
**AFRICK, J.**
**October 15, 2002**

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2002 OCT 16 PM 12: 38*
*LORETTA G. WHYTE*
*CLERK*

UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MELISSA PROVENZANO**                               CIVIL ACTION NO.  02-1093

versus                                              SECTION: "I" (5)

**44 BLUE PRODUCTIONS, INC., ET AL**

      This Court has been advised that the above-captioned case has settled. The pretrial and trial dates scheduled in the above-captioned matter are hereby **CANCELLED**. All pending motions are **DISMISSED as MOOT**. Counsel are thanked for their assistance.

                                              _____
                                              **LANCE M. AFRICK**
                                              **UNITED STATES DISTRICT JUDGE**

_____
**CLERK TO NOTIFY ALL COUNSEL**

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

DATE OF ENTRY
OCT 1 6 2002